IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No.  06-cv-01138-WYD-BNB

QIP HOLDER LLC, a Delaware limited liability company;
QFA ROYALTIES LLC, a Delaware limited liability company; and
QUIZNO'S FRANCHISING II LLC, a Delaware limited liability company,

      Plaintiffs,

v.

TOASTED SUBS FRANCHISEE ASSOCIATION, INC., a Delaware Corporation,

      Defendant.

## MINUTE ORDER

ORDER ENTERED BY JUDGE WILEY Y. DANIEL

      Plaintiffs' Motion for Permission to File Oversized Brief [# 4], filed June 21, 2006 is **GRANTED**.  Plaintiffs' Motion for Preliminary Injunctive Relief is accepted as filed.

      Dated:  June 22, 2006