IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-01138-WYD-BNB

QIP HOLDER, LLC, a Delaware limited liability company,
QFA ROYALTIES, LLC, a Delaware limited liability company, and
QUIZNO'S FRANCHISING II LLC, a Delaware limited liability company,

Plaintiffs,

v.

TOASTED SUBS FRANCHISEE ASSOCIATION, INC., a Delaware corporation,

Defendant.
_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

      This matter is before the Court on the **Motion to Enter Agreed Permanent Injunction and to Vacate Hearing** [docket no. 13, filed June 30, 2006] (the "Motion").

      IT IS ORDERED that the Motion is GRANTED IN PART. The **Motion for Leave to Take Expedited Discovery** [docket no. 6] is DENIED AS MOOT, and the hearing set for July 14, 2006, is VACATED.

DATED: July 5, 2006