IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No.  06-cv-01138-WYD-BNB

QIP HOLDER LLC, a Delaware limited liability company;
QFA ROYALTIES LLC, a Delaware limited liability company; and
QUIZNO'S FRANCHISING II LLC, a Delaware limited liability company,

      Plaintiffs,

v.

TOASTED SUBS FRANCHISEE ASSOCIATION, INC., a Delaware Corporation,

      Defendant.

---

## ORDER OF DISMISSAL WITH PREJUDICE

---

THIS MATTER comes before the Court on the parties Notice of Voluntary Dismissal With Prejudice Pursuant to Fed. R. Civ. P. 41(a)(1)(I) [# 48], filed February 16, 2007.  After careful review of the file, the Court has concluded that the notice should be approved and that Plaintiffs' claims against the Defendant should be **DISMISSED WITH PREJUDICE**.

THEREFORE IT IS ORDERED as follows:

That the Notice of Voluntary Dismissal With Prejudice Pursuant to Fed. R. Civ. P. 41(a)(1)(I) [# 48] is **APPROVED**; and that Plaintiffs' claims against Defendant are **DISMISSED WITH PREJUDICE**, each party to pay its own attorney's fees and costs.

Dated:  February 21, 2007

BY THE COURT:


s/ Wiley Y. Daniel
Wiley Y. Daniel
U. S. District Judge